UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                   :
In re                                              :      Chapter 11
                                                   :
COMMONWEALTH REALTY                                :
GROUP LLC,                                         :      Case No. 13-23214 (RDD)
                                                   :
              Debtor.                              :
                                                   :
------------------------------------------------------X

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:   Howard P. Magaliff
      340 Madison Avenue,
      19th Floor
      New York, NY 10173

You are hereby notified of your appointment as Chapter 11 trustee of the estate of the above-captioned debtor (the "Debtor"), subject to Court approval. The Chapter 11 trustee bond is initially set at $10,500.00. The bond may require adjustment as the Chapter 11 trustee collects and liquidates assets of the Debtor's estate, and the trustee is directed to inform the United States Trustee when changes to the bond amount are required or made.

Dated: New York, New York
       October 24, 2013                     Respectfully submitted,

                                            TRACY HOPE DAVIS
                                            UNITED STATES TRUSTEE

                                  By:       */s/ Michael T. Driscoll*
                                            Michael T. Driscoll
                                            Trial Attorney
                                            Office of the United States Trustee
                                            201 Varick Street, Suite 1006
                                            New York, NY 10014
                                            Tel. No. (212) 510-0538