**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BOND NUMBER 10BSBGL7829**

In Re:

COMMONWEALTH REALTY
GROUP LLC,

          Debtor.

Chapter 11

Case No. 13-23214(RDD)

## OPERATING CHAPTER 11 TRUSTEE BOND

**KNOW ALL BY THESE PRESENTS**, That we, **Howard P. Magaliff**, of 340 Madison Avenue, 19th Floor, New York, NY 10173, **as Principal** and **HARTFORD FIRE INSURANCE COMPANY**, a corporation created and existing under the laws of the State of Connecticut, as Surety, is held and firmly bound unto **THE UNITED STATES OF AMERICA** in the sum of **TEN THOUSAND FIVE HUNDRED AND 00/100THS-------------($10,500.00)DOLLARS**, lawful money of the United States to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**Effective Date: October 24, 2013.**

**THE CONDITION OF THE OBLIGATION IS SUCH**, That, **WHEREAS**, the above named **HOWARD P. MAGALIFF** was appointed Trustee in the case pending in bankruptcy wherein **COMMONWEALTH REALTY GROUP LLC** is the Debtor, and he has accepted said trusts with all the duties and obligations pertaining thereto.

**NOW, THEREFORE**, if the said **HOWARD P. MAGALIFF** shall obey such orders as said Court may make in relation to said trusts, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtor which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

Signed and sealed this 25th day of October, 2013.

BY: _____
     Howard P. Magaliff,          Principal

**HARTFORD FIRE INSURANCE COMPANY**

BY: _____
     Maria Sponza, Attorney-In-Fact

State of        **NEW YORK**

                                ss.     **Surety Acknowledgment**

County of       **NEW YORK**

On this 25th day of October, 2013, before me personally came **Maria Sponza**, to me known, who, being by me duly sworn, did depose and say that she is an attorney-in-fact of **HARTFORD FIRE INSURANCE COMPANY** the corporation described in and which the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that she signed the said instrument and affixed the said seal as Attorney-In-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

*Anita Hunter*
Notary Public

ANITA HUNTER
Notary Public, State of New York
NO. 01HU4828371
Qualified in Richmond County
Commission Expires April 30, 20 _15_

State of    *New York*

                                **ss. Individual Acknowledgment**

County of   *New York*

On this 28th day of October, 2013, before me personally came **HOWARD P. MAGALIFF**, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged to me that he executed the same.

Notary Public

ERIC T. MOSER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MO6247854
Qualified in Westchester County
My Commission Expires September 06, 2015

