UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re COMMONWEALTH REALTY GROUP, LLC _____        Case No. 13-23214-RDD
    Debtor        Reporting Period:    Nov-13

Federal Tax I.D. #    13-4103306

## SINGLE ASSET REAL ESTATE COMPANIES

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | x |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | x | |
| Payments to Insiders and Professional | MOR-6 (RE) | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | x | x |
| Cash Flow Projection | MOR-7 (RE) | x | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein
is complete, accurate and truthful to the best of my knowledge, and based upon the information available to the Trustee and MYC
& Associates Inc., management agent for the Trustee, and compilation of the attached by the Trustee's accountants.[1]

_____
    /s/ Howard P. Magaliff
        Trustee

      3/14/2014
        Date

[1] Pursuant to an Order of the Bankruptcy Court dated October 28, 2013, Howard Magaliff, the chapter 11 trustee herein, was authorized
to employ MYC & Associates Inc. as his property manager for the Debtor's building.

In re COMMONWEALTH REALTY GROUP, LLC — Case No. 13-23214-RDD

Debtor — Reporting Period: Nov-13

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 0 | 0 | 0 | 0 |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | 4398.35 | | | 4398.35 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| **TOTAL RECEIPTS** | 4398.35 | 0 | 0 | 4398.35 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 4398.35 | 0 | 0 | 4398.35 |
| **CASH – END OF MONTH** | 4398.35 | 0 | 0 | 4398.35 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 0 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

In re COMMONWEALTH REALTY GROUP, LLC     Case No. 13-23214-RDD

Debtor     Reporting Period:     Nov-13

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted

for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating #XXXXXX4869 | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 4398.35 | 0 | 0 |
| | | | |
| **BANK BALANCE** | 4398.35 | 0 | 0 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | 0 | 0 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST) :* | 0 | 0 | 0 |
| OTHER *(ATTACH EXPLANATION)* | 0 | 0 | 0 |
| | | | |
| **ADJUSTED BANK BALANCE** * | 4398.35 | 0 | 0 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____

_____

_____

_____

_____

**UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 1
BANKRUPTCY ESTATE OF
Statement Number:
11/14/13 - 11/29/13

Customer Inquiries
800-669-8661

H

CY30 M  0 M 0200
BANKRUPTCY ESTATE OF
COMMONWEALTH REALTY GROUP LLC, DEBTOR
HOWARD P MAGALIFF, TRUSTEE
CASE #13-23214
340 MADISON AVENUE 19TH FLOOR
NEW YORK NY 10173

Thank you for banking with us
since 2013

■  *Union Bank was named the #1 most reputable bank in the U.S. among 30 leading
banks in the 2013 American Banker Reputation Survey by the American Banker and
the Reputation Institute. Best of all, our customers did the voting! You're #1 with us.
And we thank you.*

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number:

Days in statement period: 16

| | | | |
|---|---|---|---|
| Beginning balance on 11/14 | $ | | 0.00 |
| Total Credits | | | 4,398.35 |
| Deposits ( 8 ) | | 4,398.35 | |
| Total Debits | | | 0.00 |
| Ending Balance on 11/29 | $ | | 4,398.35 |

## CREDITS

**Deposits**

*including check and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 11/15 | BANK-BY-MAIL DEPOSIT  # 0000002000 | 45723050 | $ | 611.00 |
| 11/15 | BANK-BY-MAIL DEPOSIT  # 0000002001 | 45723048 | | 487.35 |
| 11/20 | BANK-BY-MAIL DEPOSIT | 47604123 | | 550.00 |
| 11/20 | BANK-BY-MAIL DEPOSIT | 47604115 | | 950.00 |
| 11/20 | BANK-BY-MAIL DEPOSIT | 47604117 | | 950.00 |
| 11/20 | BANK-BY-MAIL DEPOSIT  # 0000002002 | 47604125 | | 150.00 |
| 11/20 | BANK-BY-MAIL DEPOSIT  # 0000002004 | 47604121 | | 350.00 |
| 11/20 | BANK-BY-MAIL DEPOSIT  # 0000002005 | 47604119 | | 350.00 |
| | 8 Deposits | Total amount | $ | 4,398.35 |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|---|---|---|
| 11/14 | $ | 0.00 | 11/15-11/19 | $ | 1,098.35 | 11/20-11/29 | $ | 4,398.35 |

Form 3400 (06/2012)

MIX
Paper from
responsible sources
FSC® C103380

**Union** Bank

**S T A T E M E N T**
**O F A C C O U N T S**

UNION BANK
TRUSTEE SERVICES 0213 C
POST OFFICE BOX 513840
LOS ANGELES    CA   90051-3840

Page 1 of 1
BANKRUPTCY ESTATE OF
Statement Number:
11/14/13 - 11/29/13
Account Closed
Customer Inquiries
800-669-8661

H

CY30M 0M0200

BANKRUPTCY ESTATE OF
COMMONWEALTH REALTY GROUP LLC, DEBTOR
HOWARD P MAGALIFF, TRUSTEE
CASE #13-23214
340 MADISON AVENUE 19TH FLOOR
NEW YORK NY 10173

Thank you for banking with us
since 2013

■ Union Bank was named the #1 most reputable bank in the U.S. among 30 leading
banks in the 2013 American Banker Reputation Survey by the American Banker and
the Reputation Institute. Best of all, our customers did the voting! You're #1 with us.
And we thank you.

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number:

Days in statement period: 16

| | | |
|---|---|---|
| Beginning balance on 11/14 | $ | 0.00 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Ending Balance on 11/29 | $ | 0.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 11/14-11/29 | $   0.00 | | | | |

Form 3400 (06/2012)

MIX
Paper from
responsible sources
FSC® C103380

In re COMMONWEALTH REALTY GROUP, LLC
    Debtor

Case No. 13-23214-RDD
Reporting Period: Nov-13

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 4398.35 | 4398.35 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 4398.35 | 4398.35 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | | 0 |
| Net Profit (Loss) Before Other Income & Expenses | 4398.35 | 4398.35 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | 4398.35 | 4398.35 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 4398.35 | 4398.35 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re COMMONWEALTH REALTY GROUP, LLC
    Debtor

Case No. 13-23214-RDD
Reporting Period:      Nov-13

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re COMMONWEALTH REALTY GROUP, LLC

Debtor

Case No. 13-23214-RDD

Reporting Period: Nov-13

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 4398.35 | 0 | 0 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets (attach schedule) | | | |
| TOTAL CURRENT ASSETS | 4398.35 | 0 | 0 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 1500000 | 1500000 | 1500000 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | 1500000 | 1500000 | 1500000 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets (attach schedule) | | | |
| TOTAL OTHER ASSETS | 0 | 0 | 0 |
| TOTAL ASSETS | 1504398.35 | 1500000 | 1500000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | | | |
| Taxes Payable (refer to FORM MOR-4) | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities (attach schedule) | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 0 | 0 | 0 |
| Priority Debt | 0 | 0 | 0 |
| Unsecured Debt | 861218.66 | 861218.66 | 861218.66 |
| TOTAL PRE-PETITION LIABILITIES | 861218.66 | 861218.66 | 861218.66 |
| TOTAL LIABILITIES | 861218.66 | 861218.66 | 861218.66 |
| OWNERS' EQUITY | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions  (attach schedule) | | | |
| NET OWNERS' EQUITY | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re COMMONWEALTH REALTY GROUP, LLC        Case No. 13-23214-RDD
     Debtor                           Reporting Period:      Nov-13

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-4 (RE)
2/2008
PAGE 8 OF 13

In re COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period: Nov-13

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re: COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period: _____ Nov-13

# Rent Roll - 1547 Commonwealth Ave., Bronx, NY

## Commonwealth Realty Group

| Unit | Tenant Names | Monthly Rent | Lease Term Ends |
|---|---|---|---|
| A1 | Juana Velasquez & Hector Sanchez | $1,111.00 | 3/31/2012 |
| A2 | Allison Douglas | $500.00 | (no lease) |
| A3 | Inez Perez | $623.79 | 5/31/2013 |
| A4 | Ceasar Rodriquez | $750.00 | (no lease) |
| B1 | Tenant | $1,316.00 | (no lease) |
| B2 | Tenant | $700.00 | (no lease) |
| B3 | Superintendent | No Rent | N/A |
| B4 | Luz Gonzalez & Joseph Rodriquez | $423.14 | 5/31/2013 |
| C1 | Esmeralda Osario & Ramon Polascio | $487.35 | 2/28/2014 |
| C2 | Marvin Nieves | $650.00 | (no lease) |
| C3 | Althea Richardson | $950.00 | 2/27/2012 |
| C4 | Irma Colon | $611.00 | 1/4/2015 |
| 1756 E. Tremont Ave., Bronx, NY - Commercial Space | TBD | $5000 (Rent waived during renovation) | TBD |
| | Total Rent: | $13,122.28 | |

In re COMMONWEALTH REALTY GROUP, LLC          Case No. 13-23214-RDD
          Debtor                              Reporting Period:          Nov-13

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re COMMONWEALTH REALTY GROUP, LLC
     Debtor

Case No.  13-23214-RDD
Reporting Period:  Nov-13

### CASH FLOW PROJECTION FOR THE PERIOD DECEMBER 2013 THROUGH NOVEMBER 2013

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:**      1547 Commonwealth Ave., Bronx, NY
**Square Footage:**

| | Dec, 2013 | Jan, 2014 | Feb, 2014 | Mar, 2014 | Apr, 2014 | May, 2014 | June, 2014 | July, 2014 | Aug, 2014 | Sept, 2014 | Oct, 2014 | Nov, 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes – Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

In re COMMONWEALTH REALTY GROUP, LLC
_____
**Debtor**

Case No. 13-23214-RDD
Reporting Period: _____Nov-13_____

## DEBTOR QUESTIONNAIRE*

| | | Yes | No |
|---|---|---|---|
| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | | |
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | X | |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

*Trustee was appointed on October 25, 2013 and solely possesses knowledge regarding reports, forms, and other information, which includes the above responses, relative to that date forward. Trustee's representations and responses specifically exclude the pre-appointment period when debtor was in possession.