UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re COMMONWEALTH REALTY GROUP, LLC
　　　Debtor

Case No. 13-23214-RDD
Reporting Period: Jan-14

Federal Tax I.D. # 13-4103306

### SINGLE ASSET REAL ESTATE COMPANIES

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | x |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | x | |
| Payments to Insiders and Professional | MOR-6 (RE) | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | x | x |
| Cash Flow Projection | MOR-7 (RE) | x | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge, and based upon the information available to the Trustee and MYC & Associates Inc., management agent for the Trustee, and compilation of the attached by the Trustee's accountants.[1]

_____/s/ Howard P. Magaliff_____
Trustee

3/14/2014
Date

[1] Pursuant to an Order of the Bankruptcy Court dated October 28, 2013, Howard Magaliff, the chapter 11 trustee herein, was authorized to employ MYC & Associates Inc. as his property manager for the Debtor's building.

In re COMMONWEALTH REALTY GROUP, LLC     Case No. 13-23214-RDD

Debtor     Reporting Period:     Jan-14

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 4729.7 | 0 | 0 | 4729.7 |
| RECEIPTS | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | 1098.35 | | | 1098.35 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | 1098.35 | 0 | 0 | 1098.35 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | 0 |
| PAYROLL TAXES | | | | 0 |
| SALES, USE, & OTHER TAXES | | | | 0 |
| INVENTORY PURCHASES | | | | 0 |
| SECURED/ RENTAL/ LEASES | | | | 0 |
| INSURANCE | 1735.87 | | | 1735.87 |
| ADMINISTRATIVE | 15 | | | 15 |
| SELLING | | | | 0 |
| OTHER *(ATTACH LIST)* | | | | 0 |
| OWNER DRAW * | | | | 0 |
| TRANSFERS *(TO DIP ACCTS)* | | | | 0 |
| PROFESSIONAL FEES | | | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | 0 |
| COURT COSTS | | | | 0 |
| TOTAL DISBURSEMENTS | 1750.87 | 0 | 0 | 1750.87 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -652.52 | 0 | 0 | -652.52 |
| CASH – END OF MONTH | 4077.18 | 0 | 0 | 4077.18 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 1750.87 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 1750.87 |

In re COMMONWEALTH REALTY GROUP, LLC

**Debtor**

Case No. 13-23214-RDD

**Reporting Period:** Jan-14

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted

for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating #XXXXXX4869 | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 4077.18 | 0 | 0 |
| **BANK BALANCE** | 4077.18 | 0 | 0 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | 0 | 0 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | 0 | 0 |
| OTHER *(ATTACH EXPLANATION)* | 0 | 0 | 0 |
| **ADJUSTED BANK BALANCE** * | 4077.18 | 0 | 0 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OTHER

_____

_____

_____

_____

_____

**UnionBank**

# STATEMENT OF ACCOUNTS

UNION BANK
TRUSTEE SERVICES 0213
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Page 1 of 2
BANKRUPTCY ESTATE OF
Statement Number:
1/1/14 - 1/31/14

Customer Inquiries
800-669-8661

H

CY30 M  1 M 0000
BANKRUPTCY ESTATE OF
COMMONWEALTH REALTY GROUP LLC, DEBTOR
HOWARD P MAGALIFF, TRUSTEE
CASE #13-23214
340 MADISON AVENUE 19TH FLOOR
NEW YORK NY 10173

Thank you for banking with us
since 2013

■ *Conveniently access account information and key online services with the Mobile Business Center
from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers,
and approve wires securely. You can also manage stops and returns as well as view and make
decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or
contact Treasury Management Sales at 800-883-0285.*

## ANALYZED BUSINESS CHECKING SUMMARY

Account Number:

Days in statement period: 31

| | | | |
|---|---|---|---|
| Beginning balance on 1/1 | $ | | 4,729.70 |
| Total Credits | | | 1,098.35 |
| Deposits ( 2 ) | | 1,098.35 | |
| Total Debits | | | -1,750.87 |
| Checks paid ( 1 ) | | -1,735.87 | |
| Other debits, fees and adjustments ( 1 ) | | -15.00 | |
| Ending Balance on 1/31 | $ | | 4,077.18 |

## CREDITS

### Deposits

*including check
and cash credits*

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 1/10 | BANK-BY-MAIL DEPOSIT  # 0000002011 | 45243749 | $ | 487.35 |
| 1/10 | BANK-BY-MAIL DEPOSIT  # 0000002012 | 45243751 | | 611.00 |
| | 2 Deposits | Total amount $ | | 1,098.35 |

## DEBITS

### Checks paid

| Number | Date | | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 20003 | 1/13 | $ | 1,735.87 | | | | | | |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 1/27 | BANK SERVICES FEE (CHK) | 90264887 | $ | 15.00 |

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|---|---|
| 1/1-1/9 | $ | 4,729.70 | 1/13-1/26 | $ | 4,092.18 | $ | |
| 1/10-1/12 | | 5,828.05 | 1/27-1/31 | | 4,077.18 | | |

Form 3400 (06/2012)





In re COMMONWEALTH REALTY GROUP, LLC

Debtor

Case No. 13-23214-RDD

Reporting Period: Jan-14

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Rental Income | 1098.35 | 7146.7 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach MOR-5 (RE) Rent Roll) | 1098.35 | 7146.7 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | 1735.87 | 2939.52 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 15 | 130 |
| Total Operating Expenses Before Depreciation | 1750.87 | 3069.52 |
| Depreciation/Depletion/Amortization | | 0 |
| Net Profit (Loss) Before Other Income & Expenses | -652.52 | 4077.18 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | -652.52 | 4077.18 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -652.52 | 4077.18 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re COMMONWEALTH REALTY GROUP, LLC
_____
    Debtor

Case No. 13-23214-RDD
Reporting Period:     Jan-14

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Service Charge | 15 | 15 |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period: Jan-14

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 4077.18 | 4729.7 | 0 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 4077.18 | 4729.7 | 0 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 1500000 | 1500000 | 1500000 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | 1500000 | 1500000 | 1500000 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | 0 | 0 | 0 |
| TOTAL ASSETS | 1504077.18 | 1504729.7 | 1500000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 0 | 0 | 0 |
| Priority Debt | 0 | 0 | 0 |
| Unsecured Debt | 861218.66 | 861218.66 | 861218.66 |
| TOTAL PRE-PETITION LIABILITIES | 861218.66 | 861218.66 | 861218.66 |
| TOTAL LIABILITIES | 861218.66 | 861218.66 | 861218.66 |
| OWNERS' EQUITY | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re COMMONWEALTH REALTY GROUP, LLC

Debtor

Case No. 13-23214-RDD

Reporting Period:  Jan-14

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-4 (RE)
2/2008
PAGE 8 OF 13

In re COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period: Jan-14

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re _____
          Debtor

Case No. _____
Reporting Period: _____

## RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

Property: _____
Square Footage: _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|--------------------|
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            | Totals     |            |             |           |              |             |                    |

In re: COMMONWEALTH REALTY GROUP, LLC
        Debtor

Case No. 13-23214-RDD
Reporting Period: _____ Jan-14

# Rent Roll - 1547 Commonwealth Ave., Bronx, NY

## Commonwealth Realty Group

| Unit | Tenant Names | Monthly Rent | Lease Term Ends |
|---|---|---|---|
| A1 | Juana Velasquez & Hector Sanchez | $1,111.00 | 3/31/2012 |
| A2 | Allison Douglas | $500.00 | (no lease) |
| A3 | Inez Perez | $623.79 | 5/31/2013 |
| A4 | Ceasar Rodriquez | $750.00 | (no lease) |
| B1 | Tenant | $1,316.00 | (no lease) |
| B2 | Tenant | $700.00 | (no lease) |
| B3 | Superintendent | No Rent | N/A |
| B4 | Luz Gonzalez & Joseph Rodriquez | $423.14 | 5/31/2013 |
| C1 | Esmeralda Osario & Ramon Polascio | $487.35 | 2/28/2014 |
| C2 | Marvin Nieves | $650.00 | (no lease) |
| C3 | Althea Richardson | $950.00 | 2/27/2012 |
| C4 | Irma Colon | $611.00 | 1/4/2015 |
| 1756 E. Tremont Ave., Bronx, NY - Commercial Space | TBD | $5000 (Rent waived during renovation) | TBD |
| | Total Rent: | $13,122.28 | |

In re COMMONWEALTH REALTY GROUP, LLC     Case No. 13-23214-RDD
Debtor     Reporting Period:     Jan-14

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period:    Jan-14

## CASH FLOW PROJECTION FOR THE PERIOD JANUARY 2014 THROUGH DECEMBER 2014

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property:    1547 Commonwealth Ave., Bronx, NY
Square Footage:

| | Jan, 2014 | Feb, 2014 | Mar, 2014 | Apr, 2014 | May, 2014 | June, | July, 2014 | Aug, 2014 | Sept, | Oct, 2014 | Nov, 2014 | Dec, 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 | 2748.35 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

In re COMMONWEALTH REALTY GROUP, LLC
Debtor

Case No. 13-23214-RDD
Reporting Period: Jan-14

## DEBTOR QUESTIONNAIRE*

| | | Yes | No |
|---|---|---|---|
| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | | |
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | X | |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

*Trustee was appointed on October 25, 2013 and solely possesses knowledge regarding reports, forms, and other information, which includes the above responses, relative to that date forward. Trustee's representations and responses specifically exclude the pre-appointment period when debtor was in possession.