In re COMMONWEALTH REALTY GROUP, LLC      Case No. 13-23214-RDD
    Debtor     Reporting Period: Sep-13 *

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 0 | 0 | 0 | 0 |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | 0 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| **TOTAL RECEIPTS** | 0 | 0 | 0 | 0 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | 0 |
| PAYROLL TAXES | | | | 0 |
| SALES, USE, & OTHER TAXES | | | | 0 |
| INVENTORY PURCHASES | | | | 0 |
| SECURED/ RENTAL/ LEASES | | | | 0 |
| INSURANCE | | | | 0 |
| ADMINISTRATIVE | | | | 0 |
| SELLING | | | | 0 |
| OTHER *(ATTACH LIST)* | | | | 0 |
| OWNER DRAW * | | | | 0 |
| TRANSFERS *(TO DIP ACCTS)* | | | | 0 |
| PROFESSIONAL FEES | | | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | 0 |
| COURT COSTS | | | | 0 |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 0 | 0 | 0 | 0 |
| | | | | |
| CASH – END OF MONTH | 0 | 0 | 0 | 0 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 0 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge, and based upon the information available to the Trustee and MYC & Associates Inc., management agent for the Trustee, and compilation by the Trustee's accountants.

     /s/ Howard P. Magaliff                 3/19/2014
          Trustee                              Date

*Trustee was appointed on October 25, 2013 and solely possesses knowledge regarding reports, forms, and other information, relative to that date forward. The property manager for the trustee had been informed by certain tenants that prior to the appointment of the Trustee, rent had been paid to the principal, James Caban. This matter and related issues are the subject of further investigation.